**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Daniel RAMSEY, Defendant—
Appellant.**

**No. 10–10302.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 23, 2012.

Merry Jean Chan, Esquire, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Eugene G. Illovsky, Esquire, Morrison & Foerster LLP, Palo Alto, CA, for Defendant–Appellant.

Daniel Ramsey, San Pedro, CA, pro se.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Daniel Ramsey appeals from his jury-trial conviction and 60–month sentence for conspiracy to commit armed robbery, in violation of 18 U.S.C. § 371. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramsey's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramsey with the opportunity to file a pro se supplemental brief. Ramsey has filed a pro se brief and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.